# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEFINA GONZALEZ-PEREZ,<br>  aka "Magdalena Gonzalez-Valenzuela,"<br>  aka "Elizabeth Bejarano-Maria,"<br><br>    Defendant. | Case No. 2:20-cr-00358-JAD-EJY<br><br>**Order Unsealing Case**<br><br>ECF No. 17 |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Josefina Gonzalez-Perez,* is unsealed.

**DATED** this \_\_1st\_\_ day of February, 2021.

By the Court:

_____
Honorable Jennifer A. Dorsey
United States District Judge