UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEFINA GONZALEZ-PEREZ,<br><br>　　　　Defendant. | Case No. 2:20-cr-00358-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 20 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Change of Plea/Sentencing hearing currently scheduled for Monday, March 8, 2021 at 3:00 p.m., be vacated and continued to March 29, 2021, at 3:00 p.m.

　　DATED this 2nd day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE